AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Robert Lang | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  6:20-cv-00759-JD |
| Furman University, Robert Bierly, Lisa Knight, Alex Francis-Ratte, Katherine Palmer Kaup | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ Other: Action is dismissed. Summary Judgment has been entered for defendants'

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ Decided by the Honorable Joseph Dawson, III

Date:    August 16, 2021                              *CLERK OF COURT*

                                                     s/Rob Weber, Deputy Clerk
                                                     _____
                                                     *Signature of Clerk or Deputy Clerk*